**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SWCA ENVIRONMENTAL CONSULTANTS,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br><br>NEVADA VANADIUM LLC; SILVER ELEPHANT MINING CORPORATION,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:21-cv-00148-HDM-CLB<br><br>**ORDER** |

　　On June 3, 2021, defendant Nevada Vanadium served an offer of judgment on the plaintiff. (ECF No. 16-2). On July 1, 2021, the plaintiff accepted the offer. (ECF No. 16-4). On July 23, 2021, the plaintiff filed a notice of acceptance of offer with this court. The plaintiff asks that the Clerk enter judgment accordingly. (ECF No. 16).

　　In light of the plaintiff's acceptance of Nevada Vanadium's offer of judgment, and pursuant to the provisions of Nevada Rule of Civil Procedure 68, the Clerk of Court shall enter judgment in favor of plaintiff and against defendant Nevada Vanadium in accordance with the terms of the parties' agreement.

　　IT IS SO ORDERED.

　　DATED: this 27th day of July, 2021.

　　　　　　　　　　　　　　　　_/s/ Howard D. McKibben_
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE