UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SWCA ENVIRONMENTAL CONSULTANTS,<br><br>     Plaintiff,<br> v.<br><br>NEVADA VANADIUM LLC; SILVER ELEPHANT MINING CORPORATION,<br><br>     Defendants. | Case No. 3:21-cv-00148-HDM-CLB<br><br>ORDER |

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to the Chief Judge for reassignment.

IT IS SO ORDERED.

DATED: This 24th day of September, 2021.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE