**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SWCA, INCORPORATED dba SWCA ENVIRONMENTAL CONSULTANTS,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA VANADIUM, LLC; SILVER ELEPHANT MINING CORPORATION; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00148-RCJ-CLB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff, SWCA, Incorporated dba SWCA Environmental Consultants ("SWCA" or "Plaintiff"), and Defendants Nevada Vanadium, LLC, and Silver Elephant Mining Corporation (together, "Defendants") (collectively with SWCA, "Parties"), by and through their undersigned counsel, hereby stipulate and agree to dismiss this action in its entirety with

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

prejudice, as to each and every claim and as to all defendants, with each party to bear its own attorneys' fees and costs.

DATED: October 19, 2021.                    DATED: October 19, 2021.

McDONALD CARANO LLP                         PARSONS BEHLE & LATIMER

By: /s/ *Sarah Ferguson*                    By: /s/ *Zachary Shea*
    Jeff Silvestri (NSBN 5779)              Rew R. Goodenow (NSBN 3722)
    Sarah Ferguson (NSBN 14515)             Zachary Shea (NSBN 15094)
    2300 West Sahara Avenue, Suite 1200     50 W. Liberty Street, Suite 750
    Las Vegas, Nevada 89102                 Reno, NV 89501
    jsilvestri@mcdonaldcarano.com           RGoodenow@parsonsbehle.com
    sferguson@mcdonaldcarano.com            Zshea@partsonsbehle.com

*Attorneys for Plaintiff*                   *Attorney for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 20, 2021.